## United States District Court
### Southern District of Iowa

Chandlor G. Collins

Clerk of Court

Council Bluffs

Davenport

Des Moines

Counsel:

This packet addresses Disclosure Statements that must be filed in civil cases as per Federal Rule of Civil Procedure 7.1 and Local Rule 7.1

Pursuant to Fed. R. Civ. P. 7.1(a)(2), if the action is in federal court based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. *See generally* Fed. R. Civ. P. 7.1, advisory committee's note to 2022 amendment ("[M]any examples of attributed citizenship arise from noncorporate entities that sue or are sued as an entity. A familiar example is a limited liability company, which takes on the citizenship of each of its owners."). This must occur when the action is filed in or removed to federal court, **and** when any later event occurs that could affect the court's jurisdiction under § 1332(a). This disclosure statement must be filed within 21 days of the filing of the Complaint or notice of removal.

Pursuant to Local Rule 7.1, a **nongovernmental Plaintiff** that is not a natural person must file a Disclosure Statement within 21 days of the filing of the Complaint. Plaintiff must attach a copy of the Rule and the Disclosure Form to each service copy of the Summons and Complaint.

Pursuant to Local Rule 7.1, within 30 days of service of a Civil Complaint, a **nongovernmental Defendant** that is not a natural person must file a Disclosure Statement.

Please refer to LR 7.1(d) and (e) to further review the requirements of Disclosure Statements.

The relevant forms are included in this packet.

U.S. Courthouse ▪ 111 Locust Street, Office 310 ▪ Des Moines, Iowa 50309-2035
Telephone: 515.284.6248 ▪ Fax: 515.284.6418 ▪ www.iasd.uscourts.gov

Effective July 8, 2024

## F.R.C. P. 7.1 and LR 7.1  DISCLOSURE STATEMENT

    **a.**    **Plaintiff's Disclosure Statement.** Within 21 days after a civil complaint is filed, each nongovernmental plaintiff that is not a natural person must file with the Clerk of Court a statement containing the following:

    **1.**    The names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case; and

    **2.**    With respect to each such entity, a description of its connection to or interest in the litigation.

    **b.**    **Defendant's Disclosure Statement.** Within 30 days after service of a civil complaint on a nongovernmental defendant that is not a natural person, such defendant must file with the Clerk of Court a statement containing the following:

    **1.**    The names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case; and

    **2.**    With respect to each such entity, a description of its connection to or interest in the litigation.

    **c.**    **Diversity Case Disclosure Statement.** At the time of first appearance, pleading, petition, motion, response, or other request addressed to the Court, a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), must file with the Clerk of Court a statement containing the following:

    **1.**    The name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor.

    **d.**    **Disclosure Statement Form.** A disclosure statement must be filed on the form attached to these rules. The form also is available from the Clerk of Court, and may be found on the court's website at the web address given in Local Rule 1.i. The disclosure statement form is designed to enable the involved federal judges to evaluate possible bases for disqualification or recusal.

    **e.**    **Conflicts List.** After entering an appearance in a pending civil case, the lawyers for the parties must determine promptly if a presiding judge has filed a conflicts list with the Clerk of Court by doing one of the following:

    **1.**    Inspecting the court's website at the web address given in Local Rule 1.i; or

U.S. Courthouse ▪ 111 Locust Street, Office 310 ▪ Des Moines, Iowa 50309-2035 :
Telephone 515.284.6248 ▪ Fax: 515.284.6418 ▪ www.iasd.uscourts.gov

Effective July 8, 2024

        **2.**      Inquiring of the Clerk of Court of the district.

If a conflicts list for a presiding judge has been filed with the Clerk of Court, the lawyer must review the list and notify the Clerk of Court immediately if it appears a presiding judge may have a conflict with any association, firm, partnership, corporation, or other artificial entity either related to any party or having a pecuniary interest in the case.

    **f.**    **Notification by Clerk of Court.**  After a civil case is filed, the Clerk of Court will provide the plaintiff with a copy of this rule and a disclosure statement form.  The plaintiff must attach a copy of the rule and the form to each service copy of the summons and complaint.

Any failure of the Clerk of Court or the plaintiff to provide a party with a copy of this rule or the form does not excuse the party from compliance with the rule.

U.S. Courthouse ■ 111 Locust Street, Office 310■ Des Moines, Iowa 50309-2035
Telephone: 515.284.6248 ■ Fax: 515.284.6418 ■ www.iasd.uscourts.gov

Effective July 8, 2024

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| Plaintiff(s) <br> vs. <br><br> Defendant(s). | ) <br> ) Case Number: <br> ) <br> ) <br> ) Corporate Disclosure/ Statement of Interest <br> ) <br> ) <br> ) <br> ) |

   This Corporate Disclosure statement is filed on behalf of _____ in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a)(1), and Local Rules 7.1 and 81(c), (d), and (e), which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   **The filing party, or intervenor, hereby declares as follows:**

   The party/intervenor does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

   The party/intervenor has the following parent corporations(s): (Attach additional pages if needed.)

_____ Relationship _____

_____ Relationship _____

   The following publicly held corporations(s) own 10% or more of the party/intervenor's stock: (Attach additional pages if needed.)

_____ Relationship _____

_____ Relationship _____

   **A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Date: _____         _____

                            _____

                            _____

                            _____

U.S. Courthouse ▪ 111 Locust Street, Office 310 ▪ Des Moines, Iowa 50309-2035
Telephone: 515.284.6248 ▪ Fax: 515.284.6418 ▪ www.iasd.uscourts.gov

Effective July 8, 2024