# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KATHY MOREHART, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>OPENLOOP HEALTH, INC.,<br><br>Defendant. | Case No. 4:26-cv- 00074 |
| MELISSA ALVAREZ, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>OPENLOOP HEALTH, INC.,<br><br>Defendant. | Case No. 4:26-cv-00083 |
| COLLENA ALLEN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPENLOOP HEALTH, INC.,<br><br>Defendant. | Civil Action No. 4:26-cv-00097 |

**PLAINTIFFS' UNOPPOSED MOTION TO (1) CONSOLIDATE THE RELATED ACTIONS AND (2) APPOINT INTERIM CO-LEAD CLASS COUNSEL**

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs in the above-captioned actions respectfully request that the Court (a) consolidate these related cases pursuant to FED. R. CIV. P. 42(a) and (b) appoint Philip J. Krzeski of Chestnut Cambronne PA, Tyler J. Bean

of Siri & Glimstad LLP, Britany A. Kabakov of Almeida Law Group LLC, and John J. Nelson of Milberg, PLLC as Interim Co-Lead Class Counsel.

Plaintiffs' counsel conferred with counsel for Defendant regarding the relief requested herein and Defendant confirmed it does not oppose consolidation and takes no position on the requested appointment of leadership.

A proposed order is submitted with the Motion.

Dated: March 12, 2026

Respectfully Submitted,

/s/ Brian O. Marty
J. Barton Goplerud, AT0002983
Brian O. Marty, AT 0011622
**SHINDLER ANDERSON GOPLERUD & WEESE PC.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
(515) 223-4567
(515) 223-8887 (fax)
goplerud@sagwlaw.com
marty@sagwlaw.com

Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
pkrzeski@chestnutcambronne.com

Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com
E: tbean@sirillp.com

Britany A. Kabakov*
**ALMEIDA LAW GROUP LLC**
849 W. Webster Ave.
Chicago, Illinois 60614

(708) 437-6476
britany@almeidalawgroup.com

John J. Nelson*
**MILBERG, PLLC**
280 S. Beverly Drive – Penthouse Suite
Beverly Hills, CA 90212
(858) 209-6941
jnelson@milberg.com

*Proposed Interim Co-Lead Class Counsel*

Nicholas J. Mauro
**CARNEY & APPLEBY LAW FIRM**
400 Homestead Building
303 Locust Street
Des Moines, IA 50309
(515) 282-6803
(515) 282-4700 (fax)
mauro@carneyappleby.com

Thomas E. Loeser*
Ellen J Wen*
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Av, Ste. 1610
Seattle, WA 98101
Tel: (2026) 802-1272
Fax: (206) 299-41854
tloeser@cpmlegal.com
ewen@cpmlegal.com

*Counsel for Plaintiffs and the Putative Class*

*Application for Admission *Pro Hac Vice* Forthcoming

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 12, 2026, the foregoing was electronically filed using the Court's CM/ECF system which will serve a copy upon all parties of record.

/s/ Brian O. Marty