**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| Kathy Morehart, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>OpenLoop Health, Inc.,<br><br>       Defendant. | **Case No. 4:26-cv-00074-SHL-SBJ**<br><br><br>**NOTICE OF APPEARANCE** |

Shannon L. Sole, of the firm Faegre Drinker Biddle and Reath, LLP, is authorized to practice before this Court and hereby enters her appearance in the above-captioned matter as counsel of record for Defendant OpenLoop Health, Inc.

Dated: March 27, 2026        Respectfully submitted,

**FAEGRE DRINKER BIDDLE &**
**REATH LLP**

/s/ Shannon L. Sole
Shannon L. Sole, AT0011360
shannon.sole@faegredrinker.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**MORRISON & FOERSTER, LLP**

Adam J. Hunt,* *Lead Counsel*
adamhunt@mofo.com
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 336-4341
Facsimile: (212) 468-7900

Anthony J. Mahmud*
amahmud@mofo.com
250 West 55th Street
New York, NY 10019-9710
Telephone: (212-336-4459
Facsimile: (212) 468-7900

*Motion for Admission Pro Hac Vice forthcoming

**Attorneys for Defendant
OpenLoop Health, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **Notice of Appearance** was filed

electronically with the Clerk of Court via the CM/ECF system on March 27, 2026.

> */s/ Anne M. Larkin*
> Anne M. Larkin