## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KATHY MOREHART, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>OPENLOOP HEALTH, INC.,<br><br>Defendant. | Case No. 4:26-cv-00074-SHL-SBJ |
| MELISSA ALVAREZ, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>OPENLOOP HEALTH, INC.,<br><br>Defendant. | Case No. 4:26-cv-00083-SHL-SBJ |
| COLLENA ALLEN, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>OPENLOOP HEALTH, INC.,<br><br>Defendant. | Case No. 4:26-cv-00097-SHL-SBJ |
| TONI MENDOSA, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>OPENLOOP HEALTH, INC.,<br><br>Defendant. | Case No. 4:26-cv-00123-SHL-SBJ |
| DAVID APPLEMAN, et al., *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>OPENLOOP HEALTH, INC.,<br><br>Defendant. | Case No. 4:26-cv-00149-SHL-SBJ |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONSOLIDATE RELATED ACTIONS AND STAY DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Having considered the Parties' Joint Motion to Consolidate Related Actions and Stay Defendant's Deadline to Answer or Otherwise Respond to the Complaint, and for good cause shown, the Court hereby **GRANTS** the Joint Motion.

It is hereby **ORDERED** that:

1.	The actions identified by the Parties (*Morehart v. Openloop Health, Inc.*, No. 4:26-cv-00074-SHL-SBJ; *Alvarez v. Openloop Health, Inc.*, No. 4:26-cv-00083-SHL-SBJ; *Allen v. Openloop Health, Inc.*, No. 4:26-cv-00097-SHL-SBJ; *Mendosa v. Openloop Health, Inc.*, No. 4:26-CV-00123-SHL-SBJ; and *Appleman et al. v. Openloop Health, Inc.*, No. 4:26-cv-00149-SHL-SBJ) (collectively, the "Related Actions") shall be consolidated, and shall proceed under the lead *Morehart* action.

2.	Defendant's deadline to answer or otherwise respond to the complaints in each of the Related Actions is stayed, in light of the consolidation of the Related Actions and filing of a Consolidated Amended Complaint.

3.	Plaintiffs shall file a consolidated amended complaint encompassing the Related Actions (the "Consolidated Complaint") on or before May 1, 2026, or within fourteen (14) days after the entry of this Order, whichever is later.

4.	Defendant shall answer or otherwise respond to the Consolidated Complaint within sixty (60) days of its filing.

5.	Plaintiffs shall file their Resistance to Defendant's Motion to Dismiss, if any, together with supporting documents required by the Local Rules, within fourteen (14) days after the filing of any Motion to Dismiss.

6.	Defendant shall file its Reply, if any, seven (7) days after the filing of Plaintiffs' Resistance, if any.

7.	The deadline for the Parties to submit the Scheduling Order and Discovery required by L.R. 16(a) and 16(b) shall be 14 days after the filing of Defendant's answer to the Consolidated Complaint.

**IT IS SO ORDERED**

**DATED** this ___ day of _____, 2026

HON. STEPHEN B. JACKSON JR.
UNITED STATES MAGISTRATE JUDGE