**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| KATHY MOREHART, GLEN HARBIN, TOBY PARCELL, MELISSA ALVAREZ, COLLENA ALLEN, TONI MENDOSA, DAVID APPLEMAN, THEODORE BARTOLO, ALLI BRUNELL, JOBY CHILDRESS, MARSHAL DETHERAGE, JENNIFER GLODEK, AUTUMN ANDREWS, SERENA GOLD-PETERS, CHARLES LIGON, TASHA MATHIS, MICHAEL PLANTE, JASMINE WALKER, MARK WILLIAMS, MELISSA JANEIRO, AND MASON MALDONADO, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> OPENLOOP HEALTH, INC., <br><br> Defendant. | Case No. 4:26-cv-00074-SHL-SBJ <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS** |

Having considered the Parties' Joint Motion to Stay Proceedings, and for good cause shown, the Court hereby **GRANTS** the Joint Motion.

It is hereby **ORDERED** that:

1. The case is stayed through the completion of the Parties' August 27, 2026 mediation.

2. If the matter is resolved at mediation, the Parties are ordered to notify the Court of the settlement via joint letter by no later than September 10, 2026.

3. If the matter is not resolved at mediation, Defendant shall have until September 28, 2026, to answer or otherwise respond to the Consolidated Class Action Complaint.

1

2

4.  If the matter is not resolved at mediation, the Parties shall have until October 30, 2026,

to meet and confer pursuant to L.R. 16(a) and 16(b) and submit a proposed scheduling

order and discovery plan to the Court.

**IT IS SO ORDERED**

**DATED** this ___ day of _____, 2026

_____
HON. STEPHEN B. JACKSON JR.
UNITED STATES MAGISTRATE JUDGE