## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KATHY MOREHART, et al., *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>OPENLOOP HEALTH, INC.,<br><br>Defendant. | Case No. 4:26-cv-00074-SHL-SBJ |

### PLAINTIFFS' RENEWED MOTION TO INTERIM CO-LEAD CLASS COUNSEL

Pursuant to the Court's April 22nd Order (ECF No. 14), and for the reasons set forth in the accompanying Memorandum of Law, Plaintiffs in the above-captioned actions respectfully request that the Court appoint Philip J. Krzeski of Chestnut Cambronne PA, Tyler J. Bean of Siri & Glimstad LLP, Britany A. Kabakov of Almeida Law Group LLC, and John J. Nelson of Milberg, PLLC as Interim Co-Lead Class Counsel.

Plaintiffs' counsel conferred with counsel for Defendant regarding the relief requested herein and Defendant confirmed it takes no position on the requested appointment of leadership.

A proposed order is submitted with the Motion.

Dated: August 13, 2026

Respectfully Submitted,

*/s/ Tyler J. Bean*
Tyler J. Bean (admitted *pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT 0011622
**SHINDLER ANDERSON GOPLERUD &
WEESE PC.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
(515) 223-4567
(515) 223-8887 (fax)
goplerud@sagwlaw.com
marty@sagwlaw.com

Philip J. Krzeski (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
pkrzeski@chestnutcambronne.com

Britany A. Kabakov*
**ALMEIDA LAW GROUP LLC**
849 W. Webster Ave.
Chicago, Illinois 60614
(708) 437-6476
britany@almeidalawgroup.com

John J. Nelson*
**MILBERG, PLLC**
280 S. Beverly Drive – Penthouse Suite
Beverly Hills, CA 90212
(858) 209-6941
jnelson@milberg.com

*Proposed Interim Co-Lead Class Counsel*

Nicholas J. Mauro
**CARNEY & APPLEBY LAW FIRM**
400 Homestead Building
303 Locust Street
Des Moines, IA 50309
(515) 282-6803
(515) 282-4700 (fax)
mauro@carneyappleby.com

Thomas E. Loeser*

Ellen J Wen*
**COTCHETT, PITRE & MCCARTHY, LLP**
1809 7th Av, Ste. 1610
Seattle, WA 98101
Tel: (2026) 802-1272
Fax: (206) 299-41854
tloeser@cpmlegal.com
ewen@cpmlegal.com

Jeff Ostrow (admitted *pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
One West Law Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

William B. Federman*
Jessica A. Wilkes*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
E: wbf@federmanlaw.com
E: jaw@federmanlaw.com

*Counsel for Plaintiffs and the Putative Class*

*Application for Admission Pro Hac Vice*
Forthcoming

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 13, 2026, the foregoing was electronically filed using the Court's CM/ECF system which will serve a copy upon all parties of record.

*/s/ Tyler J. Bean*
Tyler J. Bean