**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| KATHY MOREHART, GLEN HARBIN, TOBY PARCELL, MELISSA ALVAREZ, COLLENA ALLEN, TONI MENDOSA, DAVID APPLEMAN, THEODORE BARTOLO, ALLI BRUNELL, JOBY CHILDRESS, MARSHAL DETHERAGE, JENNIFER GLODEK, AUTUMN ANDREWS, SERENA GOLD-PETERS, CHARLES LIGON, TASHA MATHIS, MICHAEL PLANTE, JASMINE WALKER, MARK WILLIAMS, MELISSA JANEIRO, AND MASON MALDONADO, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>OPENLOOP HEALTH, INC.,<br><br>Defendant. | Case No. 4:26-cv-00074-SHL-SBJ<br><br>**DEFENDANT OPENLOOP HEALTH, INC.'S STATEMENT OF NO POSITION REGARDING PLAINTIFFS' RENEWED MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL** |

Defendant OpenLoop Health, Inc. ("OpenLoop") takes no position on the relief requested by Plaintiffs in their Renewed Motion for Appointment of Interim Co-Lead Class Counsel, filed August 13, 2026 (ECF No. 21).

Respectfully submitted,

Dated: August 21, 2026

**MORRISON & FOERSTER, LLP**

*/s/ Anthony J. Mahmud*

Adam J. Hunt (*pro hac vice*)
Anthony J. Mahmud (*pro hac vice*)
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 336-4341
Facsimile: (212) 468-7900
Emails: adamhunt@mofo.com
amahmud@mofo.com

**FAEGRE DRINKER BIDDLE & REATH LLP**

Shannon L. Sole, AT0011360
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 447-4715
Facsimile: (515) 248-9010
Email: shannon.sole@faegredrinker.com

*Counsel for Defendant OpenLoop Health, Inc.*

Dated: August 21, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2026, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's CM/ECF system, which will automatically notify all counsel of record.

/s/ *Anthony J. Mahmud*