**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| KATHY MOREHART, GLEN HARBIN, TOBY PARCELL, MELISSA ALVAREZ, COLLENA ALLEN, TONI MENDOSA, DAVID APPLEMAN, THEODORE BARTOLO, ALLI BRUNELL, JOBY CHILDRESS, MARSHAL DETHERAGE, JENNIFER GLODEK, AUTUMN ANDREWS, SERENA GOLD-PETERS, CHARLES LIGON, TASHA MATHIS, MICHAEL PLANTE, JASMINE WALKER, MARK WILLIAMS, MELISSA JANEIRO, AND MASON MALDONADO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENLOOP HEALTH, INC.,<br>Defendant | Case No. 4:26-cv-00074-SHL-SBJ |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Plaintiffs Kathy Morehart, Glen Harbin, Toby Parcell, Melissa Alvarez, Collena Allen, Toni Mendosa, David Appleman, Theodore Bartolo, Alli Brunell, Joby Childress, Marshal Detherage, Jennifer Glodek, Autumn Andrews, Serena Gold-Peters, Charles Ligon, Tasha Mathis, Michael Plante, Jasmine Walker, Mark Williams, Melissa Janeiro, and Mason Maldonado (collectively, “Plaintiffs”), by and through their undersigned counsel, hereby file this Notice of Voluntary Dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the individual claims of Plaintiffs in the above captioned case are hereby dismissed without prejudice against OpenLoop Health, Inc. No Answer or Motion for Summary Judgment has been filed in this case.

Dated: September 10, 2026

*<u>/s/ J. Barton Goplerud</u>*
J. Barton Goplerud, AT0002983

Brian O. Marty, AT0011622
**SHINDLER ANDERSON GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's CM/ECF system, which will automatically notify all counsel of record.

*/s/ J. Barton Goplerud*
J. Barton Goplerud